ORIGINAL

Raul Ayala, Esq., SBN 102441
Law Offices of Raul Ayala
223 W. Foothill Boulevard, Second Floor
Claremont, California 91711

(909) 624-1600
(909) 624-3313 fax

Attorney for Defendant
MIGUEL ARANDA-ZARAGOZA

FILED
2006 OCT 11 PM 2:15
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MIGUEL ARANDA-ZARAGOZA, <br><br> Defendant. | CASE NO.: 06CR01408-001-DMS <br><br> STIPULATION RE: CONTINUANCE OF SENTENCING DATE FOR DEFENDANT MIGUEL ARANDA-ZARAGOZA; PROPOSED ORDER <br><br> Sentencing Date: 10/13/06 <br> Proposed Date: 11/17/06 <br> Time: 9:00 a.m. |

The United States of America, by and through its attorney of record, Assistant United States Attorney Nicole Jones, and MIGUEL ARANDA-ZARAGOZA, defendant, by and through his attorney of record, Raul Ayala, hereby submit this stipulation to continue the defendant's sentencing date from October 13, 2006, to November 17, 2006 at 9:00 a.m., or any other date which may be convenient to the court.

Counsel for the defense requests this additional time in order to properly prepare for Mr. ARANDA-ZARAGOZA's sentencing hearing. The government joins in this request.

//

//

Mr. ARANDA-ZARAGOZA is currently detained at the MCC facility, and does not object to this requested continuance.

IT IS SO STIPULATED.

Dated: October 10, 2006

Respectfully submitted,

UNITED STATES OF AMERICA

Nicole Jones
Assistant United States Attorney
Attorney for Plaintiff
United States of America

Dated: October 10, 2006

MIGUEL ARANDA-ZARAGOZA

Raul Ayala
Attorney at Law
Attorney for Defendant
Miguel Aranda-Zaragoza

## ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the sentencing in this matter for defendant MIGUEL ARANDA-ZARAGOZA shall be, and is, continued from October 13, 2006 to November 17, 2006 at 9:00 a.m.

Dated: October 11, 2006

HON. DANA M. SABRAW
United States District Court Judge